UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND et al., | ) ) ) |
| Plaintiffs, | ) ) ) 11 CV 08848 |
| v. | ) ) Judge Leinenweber |
| VENTURA ENTERPRISES, INC., an Illinois corporation, | ) ) Magistrate Mason ) |
| Defendants. | ) ) |

**MOTION TO PROVE UP**
**DAMAGES AND FOR FINAL JUDGMENT**

Plaintiffs, the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, ET AL. (collectively "Trust Funds"), by their attorney Kevin P. McJessy, hereby move this Court pursuant to prove up damages and for final judgment against VENTURA ENTERPRISES, INC., an Illinois corporation ("Defendant"). In support of their motion, Trust Funds state as follows:

1. The Defendant was defaulted by this Court on November 29, 2012. *See* Exhibit A, Notification of Docket Entry dated November 29, 2012.

2. Previously, on July 11, 2012, this Court deemed the admission requests served by the Trust Funds upon Defendant to be admitted. *See* Exhibit B, Notification of Docket Entry dated July 11, 2012; *see* Exhibit C, Plaintiffs' First Set of Admission Requests to Defendant.

3. Trust Funds hereby submits this petition to prove up damages and for entry of final judgment against Defendant.

4. The amount owed by Defendant is $24,479.97 as follows:

  A. $12,020.96 in unpaid contributions pursuant to the audit; *see* Decl. of J. Libby, ¶6, Exhibit D;

  B. $3,186.00 for auditor's fees incurred by the Trust Funds to complete the audit of Defendant's books and records; *see* Decl. of J. Libby, ¶5, Exhibit D;

  C. $1,024.71 in interest under ERISA on the amount that is due; *see* 29 U.S.C. § 1132(g)(2)(B); 29 U.S.C. § 1132(g)(2)(C); Decl. of J. Libby, ¶7, Exhibit D;

  D. $2,404.20 in liquidated damages; *see* Decl. of J. Libby, ¶7, Exhibit D; and

  E. $5,844.10 in reasonable attorneys' fees and costs the Trust Funds incurred in this action pursuant to 29 U.S.C. § 1132(g)(1) and/or § 1132(g)(2)(D); *see* McJessy Decl., ¶4, Exhibit E.

  A draft order is attached as Exhibit F.

  WHEREFORE, Plaintiffs the Chicago Regional Council of Carpenters' Fund et al. hereby move this Court to enter judgment in their favor and against Defendant, VENTURA ENTERPRISES, INC., in the amount of $24,479.97 as follows:

  A. $12,020.96 in unpaid contributions pursuant to the audit;

  B. $3,186.00 for auditor's fees of incurred by the Trust Funds to complete the audit of Defendants' books and records;

  C. $1,024.71 in interest under ERISA on the amount that is due;

  D. $2,404.20 in liquidated damages;

  E. $5,844.10 in reasonable attorneys' fees and costs the Trust Funds incurred in this action pursuant to 29 U.S.C. § 1132(g)(1) and/or § 1132(g)(2)(D);

  F. reasonable attorney' fees and costs incurred by the Trust Funds in enforcing this order; and

  G. such other relief as this Court deems appropriate.

                                    CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND et al.

                                    By:   s/ Kevin P. McJessy
                                                  One of their attorneys

Kevin P. McJessy
MCJESSY, CHING & THOMPSON, LLC
3759 North Ravenswood, Suite 231
Chicago, Illinois 60613
(773) 880-1260
(773) 880-1265 (facsimile)
mcjessy@MCandT.com

## CERTIFICATE OF SERVICE

I, Kevin P. McJessy, an attorney, certify that I caused the foregoing **Plaintiffs' Motion to Prove Up Damages and for Final Judgment** be served upon

Ventura Enterprises, Inc.
c/o Daniel Ventura, President
1925 S. Western Ave.
Chicago, IL 60608

via U.S. Mail, postage prepaid, deposited in the United States Mail Depository located at 3759 N. Ravenswood, Chicago, Illinois on this 10th day of December 2012.

s/ Kevin P. McJessy
Kevin P. McJessy

4